IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD CHARLES PICKETT,  ) | |
| AIS # 182000, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO.  2:12cv986-TMH |
| ) | (WO) |
| MONTGOMERY COUNTY JAIL, *et al*.,  ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On December 12, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 5).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The claims against Defendants the Montgomery County Jail and the Montgomery County Nurse Station be and are hereby DISMISSED pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) as these defendants are not legal entities subject to suit;

3. This case be and is hereby DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) as the plaintiff failed to file the complaint within the time prescribed by the applicable period of limitation.

Done this the 22nd day of January, 2013.

/s Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE